BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8930
    Facsimile:  (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DORRANCE BYRD,  ) | No. 2:14-cv-02036-DAD |
| ) | |
|     Plaintiff,  ) | STIPULATION AND ORDER |
|   v.  ) | FOR EXTENSION OF TIME |
| ) | |
| CAROLYN W. COLVIN,  ) | |
| Acting Commissioner of  ) | |
| Social Security,  ) | |
| ) | |
|     Defendant.  ) | |

    The parties, through their respective counsel, stipulate that the time for Defendant to file her response to Plaintiff's Complaint should be extended by 30 days from February 23, 2015 to March 25, 2015.

//

//

//

1

This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint. Defendant needs the additional time to prepare the certified administrative record, which must be filed with the Commissioner's answer.

                                      Respectfully submitted,

Dated: February 18, 2015        /s/ Jesse Kaplan*
                                      JESSE KAPLAN
                                      Attorney for Plaintiff Dorrance Byrd
                                      (*Authorized via Email on 02/18/15)

Dated: February 18, 2015        BENJAMIN B. WAGNER
                                      United States Attorney
                                      DONNA L. CALVERT
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                           By:  /s/ Donna W. Anderson
                                      DONNA W. ANDERSON
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

                                          ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: February 19, 2015

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\byrd2036.stip.eot.ord.doc