**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DORRANCE BYRD**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| DORRANCE BYRD, | No.   2:14-cv-02036-DAD |
| Plaintiff, | |
| | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE |
| v. | MOTION FOR SUMMARY JUDGMENT |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to June 29, 2015.

    This is the first extension, but the brief is already overdue.

[Pleading Title] - 1

Dated:  June 22, 2015                                              /s/         Jesse   S.   Kaplan
                                                                   JESSE S. KAPLAN
                                                                   Attorney for Plaintiff

Dated: June 22, 2015                                                /s/ per e-mail authorization

                                                                   DONNA WADE ANDERSON
                                                                   Special Assistant U.S. Attorney
                                                                   Attorney for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  June 22, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
byrd2036.stip.eot.ord.docx