BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8930
    Facsimile:  (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| DORRANCE BYRD, | ) | No. 2:14-cv-02036-DAD |
| | ) | |
|     Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | FOR EXTENSION OF TIME |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

    The parties, through their respective counsel, stipulate that the time for Defendant to file her response to Plaintiff's Motion for Summary Judgment should be extended from July 27, 2015 to August 31, 2015.

//
//
//

This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment. Defendant needs the additional time to confer with the client and accommodate counsel's leave schedule. Plaintiff does not object and agrees that all subsequent filing deadlines should be extended accordingly.

                                      Respectfully submitted,

Dated: July 27, 2015         */s/ Jesse Kaplan\**
                                      JESSE KAPLAN
                                      Attorney for Plaintiff Dorrance Byrd
                                      (\*Authorized via Email on 07/27/15)

Dated: July 27, 2015         BENJAMIN B. WAGNER
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration

                                By:  */s/ Donna W. Anderson*
                                      DONNA W. ANDERSON
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: July 30, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\byrd2036.stip.eot2.ord.doc