BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8930
    Facsimile:  (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| DORRANCE BYRD, | ) | No. 2:14-cv-02036-DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | FOR EXTENSION OF TIME |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     The parties, through their respective counsel, stipulate that the time for Defendant to file her response to Plaintiff's Motion for Summary Judgment should be extended to September 30, 2015.

//
//
//

This is Defendant's second request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.  Defendant needs the additional time due to counsel's illness and multiple (five) conflicting due dates.  Additional time is also needed to confer with the client.  Plaintiff does not object and agrees that all subsequent filing deadlines should be extended accordingly.

                Respectfully submitted,

Dated: August 28, 2015        */s/ Jesse Kaplan\**
                                JESSE KAPLAN
                                Attorney for Plaintiff Dorrance Byrd
                                (\*Authorized via Email on 08/27/15)

Dated: August 28, 2015        BENJAMIN B. WAGNER
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                       By:  */s/ Donna W. Anderson*
                                DONNA W. ANDERSON
                                Special Assistant United States Attorney
                                Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  August 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\byrd2036.stip.eot3.ord.doc

2