BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DORRANCE BYRD, ) | No. 2:14-cv-02036-DAD |
| ) | |
|     Plaintiff, ) | STIPULATION AND |
| v. ) | ORDER FOR REMAND AND |
| ) | ENTRY OF JUDGMENT |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED, by and between Dorrance Byrd (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four and for entry of judgment.  On remand, the Appeals Council will remand the case to an

administrative law judge (ALJ) for a new hearing and decision.  The Appeals Council will instruct the ALJ to reconcile both applications, and in so doing, obtain evidence from a medical expert, reevaluate whether Plaintiff meets or medically equals Listing 12.05C, and continue through the sequential evaluation, as warranted.

                                      Respectfully submitted,

Dated: September 24, 2015        */s/ Jesse Kaplan\**
                                      JESSE KAPLAN
                                      Attorney for Plaintiff Dorrance Byrd
                                      (\*Authorized via Email on 09/23/15)

Dated: September 24, 2015        BENJAMIN B. WAGNER
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration

                               By:  */s/ Donna W. Anderson*
                                      DONNA W. ANDERSON
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

Dated:  September 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\byrd2036.stip.remand.ord.doc